IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM THOMAS COATS,

    Petitioner,                    No. CIV S-11-2028 CKD P

    vs.

MICHAEL MCDONALD,

    Respondent.                 ORDER

_____/

        Petitioner, a California prisoner proceeding pro se, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254.  He challenges convictions entered in the Superior Court of Sacramento County in 2007.

        A review of court records in <u>Coats v. McDonald</u>, CIV-S-09-1125 KJM KJN P reveals that petitioner has a petition for writ of habeas corpus pending in this court in which he also challenges his 2007 Sacramento County convictions.  Pursuant to the Ninth Circuit Court of Appeals' decision in <u>Woods v. Carey</u>, 525 F.3d 886, 890 (9th Cir. 2008), the court will order that the petition filed in this case be identified as an "amended petition" and filed in CIV-S-09-1125 KJM KJN P.  The court will also order that this case be closed.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's August 1, 2011 motion to proceed in forma pauperis is denied;

2. The Clerk of the Court rename the petition for writ of habeas corpus filed in this case "Amended Petition" and file it in CIV-S-09-1125 KJM KJN P; and

2. This case is closed.

DATED: August 4, 2011

/s/ Carolyn K. Delaney

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
coat2028.trn