IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM THOMAS COATS,

    Petitioner,                    No. CIV-S-11-2028 CKD P

    vs.

MICHAEL MCDONALD

    Respondent.                 ORDER

_____/

        Petitioner has requested a certificate of appealability under 28 U.S.C. § 2253(c) with respect to the court's August 5, 2011 dismissal of this action. Pursuant to 28 U.S.C. § 636(c), petitioner has consented to all proceedings in this matter being held before a United States Magistrate Judge.

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When a habeas petition is dismissed on procedural grounds, a certificate of appealability should issue when the prisoner shows that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether dismissal was correct. Slack v. McDaniel, 529 U.S. 473, 484-85 (2000).

1

Petitioner's habeas petition was not dismissed. It was simply transferred to another case pursuant to the Ninth Circuit's decision in <u>Woods v. Carey</u>, 525 F.3d 886, 890 (9th Cir. 2008). There is not good cause for appeal.

Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate of appealability is denied.

Dated: August 17, 2011

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[1] coat2028.coa